UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Mario Martinez Campuzano, | § | |
| | § | |
| Plaintiff, | § | NO: AU:25-CV-01715-DAE |
| vs. | § | |
| | § | |
| Kristi Noem, et al. | § | |
| | § | |
| Defendants. | § | |

### BRIEFING SCHEDULE AND ORDER RESETTING MOTION HEARING

The matter before the Court is Plaintiff's MOTION for Preliminary Injunction. Upon review, the Court has determined further briefing is required. Accordingly, the Court **ORDERS** a response to the above-mentioned motion **no later than Monday, December 29, 2025 (close of business day)**.

It is further ORDERED that the **in person** hearing on the pending PRELIMINARY INJUNCTION HEARING is reset for **Wednesday, January 07, 2026 at 01:30 PM** before Senior U.S. District Judge David Alan Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX.

IT IS SO ORDERED.

DATED: Austin, Texas December 11, 2025.

DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE