IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MARIO MARTINEZ CAMPUZANO, *Petitioner*, v. NOEM, *et al.*, *Respondents*. | No. 1:25-CV-1715-DAE |

### ORDER

Before the Court is the status of the above-captioned case. On January 6, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus, (Dkt. # 1), and ordered Petitioner's release. (Dkt. # 20.) The parties advised that Petitioner was released on January 8, 2026. (Dkts. ## 21; 22.) Accordingly, this case is closed, and a final judgment will be rendered.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, January 12, 2026.

_____
David Alan Ezra
Senior United States District Judge

1